IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **THONGTHIP LAOLUANLATH** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 08-cv-2450 |
| **MICHAEL J. ASTRUE,** | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _____ of April, 2009, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Plaintiff's Request for Review (Doc. 7), and after careful review of the Report and Recommendation filed by United States Magistrate Judge Arnold C. Rapoport (Doc. 11), with no objections having been filed , **IT IS HEREBY ORDERED AND DECREED** that:

1.   The Report and Recommendation dated March 13, 2009, is **APPROVED** and **ADOPTED**;

2.   Plaintiff's Request for Review is **GRANTED**; and

2.   This matter is **REMANDED** to the Commissioner of Social Security for further consideration.

**BY THE COURT**:

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**